422 A.2d 600

**COMMONWEALTH of Pennsylvania**

v.

**Merle Austin AFRICA, Appellant.**

Superior Court of Pennsylvania.

Submitted March 21, 1980.

Filed Oct. 24, 1980.

Franklin D. Green, Philadelphia, for appellant.

Eric B. Henson, Assistant District Attorney, Philadelphia, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

540

PER CURIAM:

Appellant appeals from the Order of the court below refusing to dismiss, on double jeopardy grounds, the indictments filed against her. That issue having been decided adversely to the appellants in *Commonwealth v. Africa*, 281 Pa.Super. 419, 422 A.2d 539 (1980), in which case appellant herein was also a codefendant, the order of the court below is affirmed. (We note, for clarity, that this appellant, Merle Austin Africa, did not request either dismissal of the charges against her or a mistrial; her position is, therefore, identical to that of Gail Sims Africa, appellant at No. 1410 October Term 1978, *supra*.)

Order affirmed.